UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BARRETT,<br><br>    Plaintiff,<br><br>vs.<br><br>KOAM, LLC and LYONS HR, INC.<br><br>    Defendant. | Civil Act. No. 3:17-CV-196-CDL-GMB |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Michael Barrett and Defendants KOAM, LLC and Helm HR, LLC d/b/a Lyons HR, jointly request that the Court dismiss with prejudice this matter and all claims contained therein, each party to bear its own costs.

### Consent Statement:

This Joint Stipulation of Dismissal is being filed with consent of all parties.

Dated this 26th day of July, 2017.

Respectfully submitted,

_/s/_____
Attorneys for Plaintiff
Allen D. Arnold
Kira Fonteneau
Fonteneau & Arnold LLC
2151 Highland Avenue Wouth
Suite 110
Birmingham, AL  35205
Tel: 205.252.1550
Fax: 205.502.4476
E-mail: allen@fonteneauarnold.com

04098722.1                                        1

*/s/ Mitchell D. Greggs*

Attorneys for Defendant LyonHR, Inc.
Matthew Stiles
Mitchell D. Greggs
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
E-mail: mstiles@maynardcooper.com
E-mail: mgreggs@maynardcooper.com

*/s/ Robert M. Ronnlund*

Attorney for Defendant Koam, LLC
Robert M. Ronnlund
Scott, Sullivan, Streetman & Fox, P.C.
P. O. Box 380548
Birmingham, AL  35238
Telephone:  205.967.9675
Fax:  205-967-7563
E-mail ronnlund@sssandf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 26th, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record.

OF COUNSEL