IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:17-cv-196-CDL-GMB |
| | ) |
| KOAM, LLC, and LYONS HR, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In light of the parties' Joint Stipulation of Dismissal (Doc. 23), it is ORDERED that this action is DISMISSED with prejudice, each party to bear its own costs. The Clerk of Court is DIRECTED to close the file.

DONE this 27th day of July, 2017.

/s/ Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE